**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**JUDGE WALKER D. MILLER**

**COURTROOM MINUTES**

---

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: April 26, 2007 |
| Court Reporter: Darlene Martinez | Time: minutes |
| Probation Officer: Michelle Means | Interpreter: Julia Davis |

**CASE NO. 06-CR-00347-WDM**

| Parties | Counsel |
|---|---|
| **UNITED STATES OF AMERICA,** | Gregory Rhodes |
| Plaintiff, | |
| vs. | |
| **JOSE BERNARDO BERNAL-ATONDO,** | Kerry Hada |
| Defendant. | |

---

**SENTENCING**

---

**10:03 a.m. COURT IN SESSION**

APPEARANCES OF COUNSEL. Defendant is present and in custody.

**ORDERED:** The statement of facts in the Plea Agreement and the Presentence Report are not disputed by the parties and are adopted in the Court's factual findings in this case. The report is incorporated by reference as part of the Court's findings and conclusions.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Comments by Mr. Rhodes in support of Government's Motion for Downward Departure (Doc #79), filed 4/24/07.

Court states its findings and conclusions.

**ORDERED:** Government's Motion for Downward Departure (Doc #79), filed 4/24/07 is **GRANTED.**

Mr. Hada addresses sentencing.

Defendant addresses sentencing.

Defendant entered his plea on **February 1, 2007** to count **Three of the Indictment.**

**ORDERED:** Defendant's plea of guilty is **ACCEPTED.**

**TOTAL OFFENSE LEVEL: 21**
**CRIMINAL HISTORY CATEGORY: I**

**RECOMMENDATION OF THE PROBATION OFFICER IS AS FOLLOWS:**

| | Guideline Provision | Recommended Sentence |
|---|---|---|
| **Custody** | 37 to 46 months | 37 months (does not consider § 5K1.1 motion) |
| **Supervised Release** | 2 to 3 years | 3 years |
| **Probation** | Ineligible | Not recommended |
| **Fine** | $7,500 to $75,000 | Not recommended |
| **Special Assessment** | $100 | $100 |

**Restitution**
Restitution is not applicable in this case.

**Community Service**
Community service is not recommended.

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:** Defendant shall be **imprisoned** for **12** months and **one** day.

**ORDERED:** Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **3** years.

**ORDERED:** **Conditions** of Supervised Release that:

(**X**) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
(**X**) Defendant shall not commit another federal, state or local crime.
(**X**) Defendant shall not illegally possess controlled substances.
(**X**) Defendant shall not possess a firearm or destructive device.
(**X**) Defendant shall comply with standard conditions recommended by U.S. Sentencing Commission.
(**X**) Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
(**X**) Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are WAIVED because defendant has shown low risk of future substance abuse.

**ORDERED:** **Special Condition** of Supervised Release that:

(**X**) Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.
(**X**) If defendant is deported, he shall not re-enter the United States illegally. If defendant re-enters the United States legally, he is to report to the nearest U.S. Probation Office within 72 hours of he return.
(**X**) Defendant shall comply with the terms and conditions for payment of the special assessment, restitution or fine imposed by this judgment.
(**X**) Defendant shall pay any **special assessment, restitution, fine** that is imposed by this judgment, and that remains unpaid at the commencement of the term of supervised release.

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:** Costs of imprisonment and supervised release are WAIVED.

**ORDERED:** Government's Motion for Acceptance of Responsibility is **GRANTED.**

**ORDERED:** Government's Motion to Dismiss Count One of the Indictment is **GRANTED.**

**ORDERED:** Defendant advised of right to appeal. Any notice of appeal must be filed within 10 days.

**ORDERED:** A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

**ORDERED:** Defendant is REMANDED to the custody of the U.S. Marshal.

**10:26 a.m. COURT IN RECESS**

**Total in court time: 23 minutes**

**Hearing concluded**